# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No.  22-mj-08099-ADM** |
| **ALBERT E. VERSER, JR.,** | |
| **Defendant.** | |

## CRIMINAL COMPLAINT

I, Brady Flannigan, the complainant in this case, being duly sworn, state the following is true and correct to the best of my knowledge and belief, and establishes probable case that the following offense has been committed.

## COUNT ONE

On or about May 8, 2022, in the District of Kansas, the defendant,

### ALBERT E. VERSER, JR.,

knowingly escaped from the Grossman Residential Reentry Center, a Community Corrections halfway house in Leavenworth, Kansas, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a Judgment of the United States District Court for the Western District of Missouri, in Case number 4:18-00193-01-CR-W-HFS, upon conviction for Felon

in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This was done in violation of Title 18, United States Code, Section 751(a).

## STATEMENT OF FACTS

This complaint is based on the following facts, which are known to me as a result of my personal participation in this investigation, and from reports made to me by other agents and agencies.

1.      I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS).  I am currently assigned to the Kansas City Division as a member of the Kansas City Violent Crime Task Force.  I have served as a DUSM for over 12 years and am a commissioned federal law enforcement officer.  I have successfully completed the Criminal Investigator Training Program and Basic Deputy United States Marshal training program at the Federal Law Enforcement Training Center in Glynco, Georgia.  As a DUSM, I am responsible for investigating and apprehending federal fugitives.  I have been involved in numerous criminal, fugitive, and apprehension investigations and operations.  In total, I have been a commissioned law enforcement officer for over 20 years.  As a federal agent, I am authorized to execute warrants and make arrests for offenses against the United States of America.  This complaint is based on the following

2

facts, which are known to me as a result of my personal participation in this investigation, and from reports made to me by other law enforcement agents.

2.    On May 10, 2019, Albert Eve Verser, Jr. was sentenced in the United States District Court for the Western District of Missouri (Case No. 4:18-00193-01-CR-W-HFS) to the custody of the Bureau of Prisons (BOP) for 36 months' imprisonment after a conviction for Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm.

3.    On April 7, 2022, Verser was transferred by the BOP to the Grossman Residential Reentry Center (RRC), 4715 Brewer Place, Leavenworth, Kansas, within the district of Kansas.  Verser remained in BOP custody at the RRC.  Verser was scheduled to be released on February 27, 2023.

4.    The Grossman Center in Leavenworth, Kansas, is a residential reentry center ("RRC") that provides transitional services for BOP inmates who are serving the final part of their sentences.

5.    On May 8, 2022, Verser left the RRC on an approved day pass. Verser was ordered to return to the RRC by 7:00 p.m.  Verser did not return to the RRC as instructed at the appropriate time.  RRC staff contacted Verser via cellular telephone and instructed him to return to the facility immediately.  Verser was in contact with RRC staff intermittently via cellular phone until approximately 9:30

3

p.m.  Verser then ceased answering phone calls from RRC staff.  Numerous

messages were left for Verser, advising him to contact the facility.

6.     RRC staff also attempted to contact Verser's emergency contact, Dina

Johnson, via cellular phone.  These calls were not answered or returned.  Verser

was placed on escape status by the BOP at 11:00 p.m., after failing to return as

instructed.  An emergency search was subsequently conducted.  This search

included the inside and outside grounds of the RRC.  RRC staff verified that

Verser was missing from the facility.

7.     On May 9, 2022, at approximately 12:30 a.m., the United States

Marshals Service (USMS) received an official escape notification from the BOP

regarding Verser.  At this time, Verser has not returned to the RRC and his

whereabouts are unknown.

8.     On May 9, 2022, USMS investigators placed calls to both Verser and

Ms. Johnson via cellular phone.  Verser's phone appeared to be either turned off or

deactivated.  Calls and messages left on Ms. Johnson's phone were not returned.

Based on the foregoing, I respectfully submit there is probable cause to

believe the defendant, Albert Eve Verser, Jr., has escaped from the Grossman

Residential Reentry Center, a Community Corrections halfway house in

Leavenworth, Kansas, in violation of Title 18, United States Code, Section 751(a).

4

I affirm the foregoing is true and correct to the best of my information and belief.

Brady Flannigan
Deputy United States Marshal
United States Marshals Service


Sworn to and attested by affiant via telephone after being submitted to me by reliable electronic means on May 16, 2022.

HONORABLE TERESA J. JAMES
United States Magistrate Judge
District of Kansas

5

**PENALTIES:**

Count 1: Escape from Custody, 18 U.S.C. § 751(a)

- # NMT 5 years imprisonment,
- # NMT $250,000 fine,
- # NMT 3 years S.R., and
- # $100 special assessment

6